UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL PADILLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendant. | Case No. 18-04433 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.[1] (Docket No. 5.) On October 15, 2018, the Clerk sent a notice to Plaintiff informing him that his motion to proceed in forma pauperis ("IFP") was deficient, and that he needed to file a complete IFP motion within twenty-eight days or face dismissal. (Docket No. 3.) The deadline of November 13, 2018, has passed, and Plaintiff has not filed a complete IFP motion or paid the filing fee. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 11/26/2018

EDWARD J. DAVILA
United States District Judge

---

[1] On October 11, 2018, this matter was reassigned to this Court pursuant to Williams v. King, 875 F.3d 500, 501, 504 (9th Cir. 2017). (Docket Nos. 8, 9.)

ORDER OF DISMISSAL
P:\PRO-SE\EJD\CR.18\04433Padilla_dism-ifp.docx